### 13359.   FACKLER *v.* LIFSEY.

As to the truth of the alleged newly discovered testimony of one who was contradicted by the affidavit of another, the decision of the trial judge, overruling the motion for a new trial, was final and can not be controlled by this court.

DECIDED MAY 9, 1922.

Money rule; from city court of Zebulon — Judge Dupree. January 18, 1922.

*R. C. Johnson, James R. Davis,* for plaintiff in error.

*F. L. Adams,* contra.

BROYLES, C. J. The only assignment of error argued in the brief of counsel for the plaintiff in error is upon the overruling of the ground of the motion for a new trial based upon alleged newly discovered evidence. This evidence was that of a witness whose testimony was contradicted by the testimony of another, which was embodied in an affidavit submitted in a counter-showing to the motion. Upon these disputed facts the judge was the trior, and his decision thereon was final. It follows that this court cannot control the judgment overruling the motion for a new trial.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*